**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

GARRY L. BRAZLE,          )
                                     )
       Plaintiff,           )
                                     )
v.                             )       No. 2:06-0057
                                     )
SOCIAL SECURITY ADMINISTRATION,   )
                                     )
       Defendant.       )

## ORDER

The reference to the Magistrate Judge in this case is withdrawn.

It is so ORDERED.

Thomas A. Wiseman, Jr.
Senior United States District Judge